905 A.2d 873

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. AL–WAHID ALI, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 873

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LAQUAN ALLEN, DEFENDANT–PETITIONER.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 874

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
SEAN O. BLIGEN, DEFENDANT–RESPONDENT.

August 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).